**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, *et al.*, | : | |
| Plaintiffs, | : | Civil Action No.: 18-2473 (RC) |
| v. | : | Re Document Nos.: 14, 19 |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | : | |
| Defendants. | : | |

# ORDER

**DENYING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION;**
**GRANTING DEFENDANTS' MOTION TO DISMISS**

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, Plaintiffs' motion for a preliminary injunction (ECF No. 14) is **DENIED**. Defendants' motion to dismiss (ECF No. 19) is **GRANTED**.

**SO ORDERED**.

Dated: May 24, 2019

RUDOLPH CONTRERAS
United States District Judge