**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, and

REFUGEE AND IMMIGRANT CENTER FOR EDUCATION AND LEGAL SERVICES, INC.,

Plaintiffs,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, and

KEVIN K. MCALEENAN, in his official capacity as Acting Secretary of Homeland Security,

Defendants.

Civil Action No. 18-cv-2473-RC

**PLAINTIFFS' MOTION TO ALTER OR AMEND JUDGMENT UNDER RULE 59(e) AND FOR LEAVE TO AMEND UNDER RULE 15(a)**

Pursuant to Federal Rules of Civil Procedure 59(e) and 15(a), as well as the procedure outlined in *Firestone v. Firestone*, 76 F.3d 1205, 1208 (D.C. Cir. 1996), and *Brink v. Continental Insurance Co.*, 787 F.3d 1120, 1128 (D.C. Cir. 2015), Plaintiffs Citizens for Responsibility and Ethics in Washington and Refugee and Immigrant Center for Education and Legal Services, Inc. respectfully move the Court to (1) alter or amend its May 24, 2019 Order dismissing Plaintiffs' First Amended Complaint, ECF No. 24, from a dismissal of Claim One with prejudice to a dismissal without prejudice, and (2) grant Plaintiffs leave to file the proposed Second Amended Complaint, attached hereto as Exhibit 1. In support of this motion, Plaintiffs submit the attached memorandum of points and authorities, Exhibits 1-4, and proposed order.

Pursuant to Local Civil Rule 7(m), counsel for Plaintiffs conferred with counsel for Defendants about the relief requested in this motion. Defendants oppose the motion.

Date: June 14, 2019

Respectfully Submitted,

*/s/ Nikhel Sus*
NIKHEL S. SUS
(D.C. Bar No. 1017937)
ANNE L. WEISMANN
(D.C. Bar. No. 298190)
Citizens for Responsibility and Ethics in Washington
1101 K St. NW, Suite 201
Washington, D.C. 20005
Telephone: (202) 408-5565
Fax: (202) 588-5020
nsus@citizensforethics.org
aweismann@citizensforethics.org

MANOJ GOVINDAIAH
Refugee and Immigrant Center for Education and Legal Services
802 Kentucky Ave.
San Antonio, TX 78201
Telephone: (210) 787-3745
Fax: (210) 787-3745
manoj.govindaiah@raicestexas.org

*Counsel for Plaintiffs*