IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY *et al.*, <br><br> Defendants. | No. 18-cv-2473 |

## DEFENDANTS' MOTION TO DISMISS

Defendants the U.S. Department of Homeland Security and Kevin K. McAleenan, in his official capacity as Acting Secretary of Homeland Security, move the Court pursuant to Federal Rules of Civil Procedure 12(b)(1) and (b)(6) to dismiss this action, for the reasons set forth in the accompanying Memorandum in support of this motion.

Dated: September 10, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
MARCIA BERMAN
Assistant Director, Federal Programs Branch

 */s/ Kathryn L. Wyer*
KATHRYN L. WYER
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, N.W., Room 12014
Washington, DC  20005
Tel. (202) 616-8475 / Fax (202) 616-8470
kathryn.wyer@usdoj.gov
*Attorneys for Defendants*