# EXHIBIT A

# DHS INSTRUCTION 141-01-001
# REVISION 00.1

**Department of Homeland Security
DHS Directives System
Instruction Number: 141-01-001
Revision Number: 00.1
Issue Date: 06/08/2017
Incorporating Change 1, 09/09/2019
Approved by John Zangardi, Chief Information Officer**

# RECORDS AND INFORMATION MANAGEMENT

## I.  Purpose

This Instruction implements the Department of Homeland Security (DHS) Directive 141-01, "Records and Information Management."

## II.  Scope

This Instruction applies throughout DHS to all records of the Department, as defined in the Federal Records Act, regardless of medium, which are created, collected, processed, used, stored and/or destroyed by DHS.  Each Component is authorized to develop and implement more specific policies and procedures consistent and compatible with this Departmental Instruction and DHS policy.

## III.  References

   A.    Title 5, United States Code (U.S.C.), Chapter 5, Subchapter II – "Administrative Procedure"

       1.    § 552. "Public information; agency rules, opinions, orders, records, and proceedings" ["Freedom of Information Act," as amended]

       2.    § 552a. "Records maintained on individuals" ["Privacy Act of 1974," as amended]

       3.    § 553. "Rule making"

   B.    Title 18, U.S.C., Chapter 101, "Records and Reports"

   C.    Title 18, U.S.C., Chapter 121, "Stored Wire and Electronic Communications Transactional Records Access"

   D.    Title 40, U.S.C. Subtitle III, "Information Technology Management"

E.   Title 5, Code of Federal Regulations (CFR), Part 1320, "Controlling Paperwork Burdens on the Public"

F.   DHS Management Directive 047-01

G.   DHS Directive 140-06 and Instruction 140-06-001, "Privacy Policy for Research Programs and Projects"

H.   DHS Directive 123-05, "Telework Directive"

I.   *DHS Directive 142-03, "Electronic Mail Usage and Maintenance"*

J.   *DHS Directive 262-11, "Freedom of Information Act Compliance"*

K.   DHS Instruction 047-01-001, "Privacy Policy and Compliance"

L.   Federal Continuity Directive (FCD) 1, "Federal Executive Branch National Continuity Program and Requirements," ~~October 2012~~ January 2017

M.   FCD 2, "Federal Executive Branch Mission Essential Function and Primary Mission Essential Function Identification," ~~July 2013~~ June 2017

## IV.   Definitions

A.   "**_Records Schedules_**" or "**_schedule_**":  Identifies records as either temporary or permanent.  All records schedules are approved by the National Archives and Records Administration (NARA).  A records schedule provides mandatory instructions for the disposition of records (including the transfer of permanent records and disposal of temporary records) when the records are no longer needed by the agency.  As part of the ongoing records life cycle, disposition should occur in the normal course of agency business.  All Federal records are scheduled (44 U.S.C. 3303) either by an agency schedule or a General Records Schedule (GRS).  A schedule can be (a) a Standard Form (SF) 115, "Request for Records Disposition Authority" that has been approved by NARA to authorize the disposition of Federal records; (b) a GRS issued by NARA; or (c) a printed agency manual or directive containing the records descriptions and disposition instructions approved by NARA on one or more SF 115s or in the GRS.

1. **_GRS_**: The Archivist of the United States issues GRS to provide disposal authorization for temporary administrative records common to several or all agencies of the Federal Government.  These include records relating to civilian personnel, fiscal accounting, procurement, communications, printing, other common functions, and certain non-textual records. Use of the GRS is mandatory under 44 U.S.C. 3303a, so DHS requests authority from NARA prior to deviating from the disposition instructions prescribed in the General Records Schedules in accordance with 36 CFR 1225.22(c).

2. **_Agency Records Schedules_**:  All Federal agencies are required by law to develop records schedules for all records not covered by the GRS (44 U.S.C. 3303).  Agencies submit the schedules for NARA approval on an SF 115.  The SF 115 contains descriptions of record series or systems and disposition instructions for each.  These instructions specify when the series is to be cut off, when eligible temporary records are to be destroyed or deleted, and when permanent records are to be transferred to NARA.  The Office of the Secretary and DHS Components fulfill these requirements through two primary instruments:

    a. Enterprise Records Schedules: Schedules which provide disposition authorization for records common to multiple DHS Components, which are not already covered by the GRS.

    b. Component Records Schedules:  Schedules which provide disposition authorization for program records unique to a single DHS Component, which are not already covered by the GRS or an Enterprise Records Schedule.

B. **_Schedule Approval_**:  NARA approves a schedule before it can be implemented. This approval authorizes and makes mandatory the retention periods contained in the schedule as well as the disposition instructions to be carried out upon expiration of the prescribed retention period.  Some schedules, especially those containing records relating to financial management, claims, and other related matters, are also approved by the Government Accountability Office (44 U.S.C. 3309) before NARA approves the schedule.

C. **_Schedule Guide_**:  A schedule guide is a printed agency manual or directive containing descriptions of and disposition instructions for all documentary materials, record and non- record, created by a Federal agency or major component of an executive department.  Unless taken from the GRS, the disposition instructions for agency records are approved by NARA on one or more SF 115s prior to issuance by the agency. The disposition instructions for the non-record material are established by the agency and do not require NARA approval.

D. **_Enterprise Scheduling_**:  The coordinated, enterprise-level submission of records disposition requests to NARA for common functions across the Department.  The process for creating an enterprise schedule requires the Records Management Program Office to research existing DHS-wide and Component-specific schedules to ascertain the presence of specific classes of records, desired/required retention periods, and the existence of current disposition authority.  The Records Management Program Office also vets the draft schedule through the Component Records Management Offices; and submits the schedule to NARA for approval.  Component Records Offices vet the schedule through the appropriate program area.  Once the schedule is approved by NARA, it obviates the need to create a Component-specific schedule.

E. **_File Plan_**:  A list of records in a specific office that describes how the records are organized and maintained.  DHS adopted the Federal Enterprise Architecture (FEA) Business Reference Model (BRM) as basis for the Department-wide uniform file plan.  The BRM provides an organized, hierarchical construct for describing the day-to-day business operations of the Federal Government using a functionally driven (not organizational) approach.

F. **_Nonrecord materials_**:  Are those Federally owned informational materials that do not meet the statutory definition of records (44 U.S.C. 3301) or that have been excluded from coverage by the definition. Excluded materials are extra copies of documents kept only for reference, stocks of blank forms or publications, or documents that provide no evidence of agency functions and activities.

G. **_Personal files_** (also called **_Personal Papers_**):  Are documentary materials belonging to an individual that are not used to conduct agency business. Personal files are excluded from the definition of Federal records and are not owned by the Government.

H. **_Records_** or **_Federal records_**:  Is defined in 44 U.S.C. § 3301 as including *"all recorded information, regardless of form or characteristics, made or received by a Federal agency under Federal law or in connection with the transaction of public business and preserved or appropriate for preservation by that agency or its legitimate successor as evidence of the organization, functions, policies, decisions, procedures, operations, or other activities of the United States Government or because of the informational value of data in them."* ~~all books, papers, maps, photographs, machine readable materials, or other documentary materials, regardless of physical form or characteristics, made or received by an agency of the United States Government under Federal law or in connection with the transaction of public business and preserved or appropriate for preservation by that agency or its legitimate successor as evidence of the organization, functions, policies, decisions, procedures, operations or other activities of the Government or because of the informational value of the data in them~~ (44 U.S.C.

4

Instruction # 141-01-001
Revision 00.1

3301).  *This definition includes all traditional forms of records, regardless of physical form or characteristics, including information created, manipulated, communicated, or stored in digital or electronic form.*

I.  **Telework**:  Any arrangement in which an employee regularly performs officially assigned duties at home or other worksites geographically convenient to the residence of the employee and away from the traditional worksite.

## V.  Responsibilities

A.  **Chief Records Officer**:

1.  Serves as the Department's leader on Records and Information Management (RIM) related matters and is the agency representative to NARA, other departments, and agencies;

2.  Ensures annual RIM training, in coordination with the Chief Human Capital Officer, is current and compliant with DHS requirements;

3.  Facilitates RIM training as part of DHS-wide personnel in-processing procedures;

4.  Leads, oversees, develops, coordinates, and implements the Department's RIM policy and procedures to include vital records management and NARA approval for all systems and program schedules throughout the agency, in collaboration with Component records officials;

5.  Ensures records training is developed and implemented for records positions *as well as all DHS personnel*;

6.  Develops records retention schedules applicable throughout the Department;

7.  Develops ~~enterprise~~ *records retention schedules applicable to specific DHS programs or support entities*;

8.  Ensures all records are properly managed with RIM policies and procedures to include necessary tools to manage records;

9.  Participates in Acquisition Decision Reviews and Events for all enterprise information technology acquisitions; facilitates and participates in activities of the Records Leadership Council (RLC);

10.  Establishes RIM procedures for records and record systems/applications to be applied throughout DHS including:

      a.    Transfer of records to records custodians during out-processing.

      b.    Processing of records and IT system retention schedules.

11.    Ensures that DHS enterprise-wide systems and applications are in compliance with applicable RIM policies.

B.    ***Chief Privacy Officer***:

1.    Provides requirement to ensure records are stored in a way to make FOIA searches accurate and timely. Ensures privacy considerations are included in the RIM process during the creation or updating of any information systems containing records.

2.    Ensures DHS employees understand how to properly handle record and non- record material with Personally Identifiable Information.

3.    Ensures all DHS employees receive annual training on record management requirements for FOIA compliance.

4.    Ensures privacy compliance documentation, including Privacy Threshold Assessments, Privacy Impact Analyses and Systems of Record Notices, cite an accurate and appropriate NARA approved retention and disposal schedule approved by Component Records Management Officers and the DHS Chief Records Officer (see DHS Instruction 047-01-001).

C.    ***Component Heads***:

1.    Designate a Chief Records Officer for the Component, and ensure records custodians are identified for all records. Assign the Component Chief Records Officer with the responsibility for leading, overseeing, and implementing a RIM Program within the Component in accordance with DHS policy.

2.    Ensure all acquisitions and all phases of the acquisition lifecycle incorporate records management requirements, to include coordination with the RIM Program.

3.    Ensure that Component systems and programs are operating in compliance with the applicable privacy documentation and that privacy compliance documentation cites an accurate and appropriate NARA approved retention and disposal schedule.

    4.    Reinforce the importance of RIM at the leadership staff level through ongoing development training and ensure annual mandatory RIM training is accomplished for all Component employees in accordance with DHS policy.

    5.    Ensure the identification, retention, and management of electronic and paper records according to DHS Records policy, to include custodial transfer and custody of records during out-processing.

    6.    Ensure RIM is included in information technology system that are acquired or developed within their Component.

D.    **_RLC_**:

    1.    Issues an annual RIM Report to the Under Secretary for Management (USM) and NARA;

    2.    Supports the Department's Chief Records Officer through the development of policies, procedures, related instructions, and quadrennial strategy;

    3.    Provides observations and recommendations regarding needed or proposed policy/program changes to the Chief Records Officer; and

    4.    Provides Component oversight and support for RIM activities.

E.    **_Component Chief Records Officers_**:

    1.    Lead, oversee, and implement a RIM Program in accordance with DHS policy to include records management within systems development, governance, and acquisition review;

    2.    Ensure Component personnel maintain a uniform file plansystem;

    3.    Ensure the identification, retention, and management of electronic and paper records according to DHS Records policy, to include custodial transfer and custody of records during out-processing;

    4.    Ensure records retention schedules are developed and applied throughout the Component;

    5.    Ensure Component RIM procedures include guidance for identifying and managing vital records in accordance with DHS RIM policy and the FCD 1 and 2;

6. Ensure Component records are aligned to the DHS RIM policy and requirements;

7. Coordinate with the Departmental Chief Records Officer to obtain NARA approval for all systems and record schedules;

8. Ensure the respective Component's portion of the file plan database is current;

9. Ensure all Component records are properly scheduled;

10. Ensure all Component personnel, including Program Managers, *adequately document the organization, functions, policies, decisions, procedures, and essential transactions of the agency in accord with NARA regulations and* appropriately manage the records they create or receive in the course of conducting DHS business;

11. Coordinate compliance with FOIA, the Privacy Act and E-Discovery;

12. Ensure all employees in the Component receive necessary records training;

13. Require mandatory annual RIM training for all employees; and

14. Notify the DHS RIM Program Office and NARA when they become aware of any actual, imminent, or threatened unlawful removal, defacing, alteration, or destruction of records (including electronic or machine-readable records) in the custody of the agency.

F.  **_Subcomponent Records Liaisons_**:

1. Serve as primary records points of contact for their Subcomponent and as an extension of the Component Records Manager;

2. Coordinate records activities for their Subcomponent on behalf of the Component Records Management Program;

3. Perform records management duties consistent with applicable ofpolicy and guidance; and

4. Collaborate with Component RIM Program Officials.

G. ***Records Custodians***:

1. Inform the Subcomponent Records Management Liaison of any issues regarding the records in their custody, such as the deletion or loss of a record;

2. Ensure retention of records, non-records and personal papers subject to a hold or freeze upon notification from the Office of the General Counsel; and

3. Perform records management duties consistent with applicable policy and guidance.

H. ***DHS RIM Program Office***:

1. Periodically evaluate or request the collection of information from the Component Chief Records Officers/Officials or Component Heads (as applicable) concerning the records management programs to be provided to the USM and NARA. The Office of Inspector General is exempt from such evaluation and/or information collection efforts;

2. Perform staff assistance visits as requested by Component leadership or records personnel; and

3. Promulgate RIM guidance for DHS through various media.

I. ***DHS Program Managers***:

1. Implement RIM requirements and governance into all DHS acquisitions and all phases of the acquisition lifecycle, to include coordination, review, and approval from the RLC;

2. Incorporate mandatory RIM training for contractors on all DHS contracts when contractors handle, review, or process DHS records; and

3. Ensure that all DHS systems that create, handle, and store records are scheduled, that proper records controls are applied or that records are transferred to a Records Management Application as applicable.

J. **<u>DHS Employees</u>**:

1. *Adequately document the organization, functions, policies, decisions, procedures, and essential transactions of the agency and* ~~P~~properly identify, capture, retain, file, and dispose of or transfer records regardless of media or phase of creation stage (records lifecycle) in accordance with Title 44 U.S.C. Chapter 31; NARA regulations, 36 CFR Chapter XII, Subpart B; and DHS records policy;

2. Properly identify, manage, and maintain vital records;

3. Complete RIM training annually;

4. Manage records created or received in the course of conducting DHS business, including E-Mail and instant messaging records according to applicable federal and DHS regulations and policy for RIM, Privacy, FOIA, Information Sharing, and E-Discovery;

5. Coordinate RIM activities with Component RIM personnel to ensure compliance with applicable policies and procedures;

6. When teleworking, identify, safeguard, and manage all records in accordance with DHS RIM policies.  See additional telework guidance at DHS Directive 123-05;

7. Ensure physical records, e.g., printed email, show all the metadata and identifiers that would be available if the records were stored electronically including the names of the sender and recipients, date, subject, and a list of attachments, by configuring their office applications according to RIM Program Office guidance; and

8. Ensure any Federal Records under their direct control are transferred to their supervisors or records custodian as part of out-processing from DHS.

## VI. Content and Procedures

A. *The Federal Records Act requires all Federal agencies to make and preserve records containing adequate and proper documentation of their organization, function, policies, decisions, procedures, and essential transactions of the agency and designed to furnish the information necessary to protect the legal and financial rights of the Government and of persons directly affected by the agency's activities (44 U.S.C. § 3101; 36 CFR § 1222.22).  This includes creating records that:*

    1.    *Document the persons, places, things, or matters dealt with by the agency.*

    2.    *Facilitate action by agency officials and their successors in office.*

    3.    *Make possible a proper scrutiny by the Congress or other duly authorized agencies of the Government.*

    4.    *Protect the financial, legal, and other rights of the Government and of persons directly affected by the Government's actions.*

    5.    *Document the formulation and execution of basic policies and decisions and the taking of necessary actions, including all substantive decisions and commitments reached orally (person-to-person, by telecommunications, or in conference) or electronically.*

    6.    *Document important board, committee, or staff meetings.*

B.    *The Federal Records Act requires all Federal agencies to establish a records management program (36 C.F.R. § 1220.34). The program includes:*

    1.    *Issuing policies establishing program objectives, responsibilities, and authorities for the creation, maintenance, and disposition of agency records.;*

    2.    *Assigning records management responsibilities in each program (mission) and administrative area to ensure incorporation of recordkeeping requirements and records maintenance, storage, and disposition practices into agency programs, processes, systems, and procedures;*

    3.    *Integrating records management and archival requirements into the design, development, and implementation of electronic information systems;*

    4.    *Providing guidance and training to all agency personnel on their records management responsibilities, including identification of Federal records, in all formats and media;*

    5.    *Developing records schedules for all records created and received by the agency and obtain NARA approval of the schedules prior to implementation;*

    6.    *Complying with applicable policies, procedures, and standards relating to records management and recordkeeping requirements issued by the Office of Management and Budget, NARA, GSA, or other agencies, as appropriate;*

   7. *Instituting controls ensuring that all records, regardless of format or medium, are properly organized, classified or indexed, and described, and made available for use by all appropriate agency staff; and*

   8. *Conducting formal evaluations to measure the effectiveness of records management programs and practices, and to ensure that they comply with NARA regulations.*

C. Records include *all recorded information, regardless of form or characteristics, made or received by a Federal agency under Federal law or in connection with the transaction of public business and preserved or appropriate for preservation by that agency or its legitimate successor as evidence of the organization, functions, policies, decisions, procedures, operations, or other activities of the United States Government or because of the informational value of data in them. This definition includes all traditional forms of records, regardless of physical form or characteristics, including information created, manipulated, communicated, or stored in digital or electronic form* ~~all books, papers, maps, photographs, machine readable materials, or other documentary materials, regardless of physical form or characteristics, made or received by an agency of the United States Government under Federal law or in connection with the transaction of public business and preserved or are appropriate for preservation by that agency or its legitimate successor as evidence of the organization, functions, policies, decisions, procedures, operations or other activities of the Government or because of the informational value of the data in the records~~ (44 U.S.C. 3301).

D. Records, regardless of media or phase of creation stage (records lifecycle) are properly *created,* identified, captured, retained, filed, and disposed of or transferred in accordance with Title 44 U.S.C. Chapter 31; NARA regulations, 36 CFR, Chapter XII, Subpart B; and DHS records policy.

   1. *Records are created to the extent necessary to ensure adequate documentation in accordance with 44 U.S.C. § 3101; 36 CFR § 1222.22.*

   2. Records are organized and identified across the Department through a standard filing system, the DHS-wide FEA BRM file plan.

   3. Non-records are managed separately from records, inventoried, and deleted or destroyed in accordance with DHS Records Policy.

   4. Personal records are non-records and maintained separately from DHS records and kept to a minimum.

    5.    Employees (including Career Senior Executive Service and Political Appointees) may not remove or duplicate DHS records upon separation without prior approval by the Component Head.

    6.    DHS records, regardless of format, cannot be destroyed without an approved schedule.

## VII. Questions

Address questions regarding this Instruction contact a Component Records Liaison, Records Custodian, Records Officer (Component or DHS), or OCIO for assistance with records identification, permanent records management, records schedules, identification of non-record documents, and additional information about the Department's Record and Information Management Program.

_____    6/7/17
Richard Staropoli                                       Date
Chief Information Officer