IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY *et al.*,<br><br>Defendants. | Civil Action No. 18-cv-2473<br><br>**DECLARATION OF DONNA ROY** |

I, Donna Roy, hereby make the following declaration under penalty of perjury pursuant to 28 U.S.C. § 1746 and submit this declaration in support of Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint.

1. I am the Executive Director of the Information Sharing and Service Office, within the Office of the Chief Information Officer, U.S. Department of Homeland Security (DHS). I am responsible for assisting the DHS Chief Records Officer in performing his duties under relevant law and DHS policy. This declaration is based on my personal knowledge and on information that I reviewed pertaining to my official duties as an employee of DHS.

2. I am aware of the allegations in Plaintiffs' Second Amended Complaint, which claim that DHS Directive 141-01 and DHS Instruction 141-01-001 are inadequate because they do not include or make reference to the records creation requirements set forth in 44 U.S.C. § 3101 and 36 C.F.R. § 1222.22. The versions of DHS Directive 141-01 and DHS Instruction 141-01-001 attached to Plaintiffs' Second Amended Complaint are intended to, and do, require

1

compliance with all Federal Records Act requirements, including those set forth in 44 U.S.C. § 3101 and 36 C.F.R. § 1222.22. However, in the interest of removing any doubt that these policies comport with the FRA, the Department has revised Instruction 141-01-001 in order to clarify that the requirements of 44 U.S.C. § 3101 and 36 C.F.R. § 1222.22 are among the FRA requirements with which DHS employees must comply. The revised Instruction does not substantively change DHS's policy on this issue.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this ninth day of September, 2019 in Washington, D.C.

Donna Roy
Executive Director
Information Sharing and Services Office
Office of the Chief Information Officer
Department of Homeland Security