**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY *et al.*,<br><br>Defendants. | No. 18-cv-2473 |

**[proposed] ORDER**

For the reasons set forth in Defendants' Memorandum in Support of Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint, it is hereby

ORDERED that Defendants' Motion to Dismiss is GRANTED; and it is

FURTHER ORDERED that this action is DISMISSED WITH PREJUDICE.

SO ORDERED.

Dated: _____ _____
The Honorable Rudolph Contreras
United States District Judge